IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHAWN DeVAZIER MANLEY,　　　　　　　　　　　　　　　　PLAINTIFF
In her capacities as Executrix of the
Estate of Donna A. DeVazier and as
Beneficiary of the Donna A. DeVazier
Irrevocable Inter Vivos Trust No. 1 Dated
December 29, 2003

v.　　　　　　　　　No. 2:15-cv-164-DPM

THOMAS BRADLEY DeVAZIER,　　　　　　　　　　　　　　DEFENDANT
Individually, and as Trustee of the
Donna A. DeVazier Irrevocable
Inter Vivos Trust No. 1 Dated
December 29, 2003


SHAWN DeVAZIER MANLEY,　　　　　　　　　　　　　　　PLAINTIFF/
In her capacity as Executrix of the　　　　　　　　　COUNTER-DEFENDANT
Estate of Donna A. DeVazier

v.　　　　　　　　　No. 2:15-cv-165-DPM

THOMAS BRADLEY DeVAZIER,　　　　　　　　　　　　　　DEFENDANT/
Individually, as Successor Administrator　　　　　　COUNTERCLAIMANT
of the Estate of Thomas B. DeVazier, and
as Trustee of the Thomas B. DeVazier Marital
Deduction Trust established December 29, 2003

ORDER

To handle these related cases more efficiently, the Court consolidates them. FED. R. CIV. P. 42(a)(2). No. 2:15-cv-164-DPM will be the lead case. The Initial Scheduling Order, *No. 4*, is vacated. A new one will issue.

So Ordered.

*DPM Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2015