IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHAWN DeVAZIER MANLEY, In Her Capacities
as Executrix of the Estate of Donna A. DeVazier
and as Beneficiary of the Donna A. DeVazier
Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003                                                          PLAINTIFF

v.                              No. 2:15-cv-164-DPM

THOMAS BRADLEY DeVAZIER,
Individually, and as Trustee of the Donna A.
DeVazier Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003                                                          DEFENDANT


SHAWN DeVAZIER MANLEY, In Her
Capacity as Executrix of the Estate of
Donna A. DeVazier                                                                PLAINTIFF/
                                                                        COUNTER DEFENDANT

v.                              No. 2:15-cv-165-DPM

THOMAS BRADLEY DeVAZIER,
Individually, as successor Administrator of
the Estate of Thomas B. DeVazier and as
Trustee of the Thomas B. DeVazier
Marital Deduction Trust Established
December 29, 2003                                                                DEFENDANT/
                                                                          COUNTER CLAIMANT

ORDER

1. Notice on settlement, and any joint request for partial dismissal, due by 21 April 2017. New motion to amend, with the proposed complaint

limited to the remaining claim, also due by that date. The current motion to amend, № 18, is denied without prejudice.

2. By 28 April 2017, DeVazier must serve the IRS or file a notice that he will not serve the IRS in this case. In the alternative, by that same date the parties must notify the Court that they've arranged a limited Power of Attorney for representation before the IRS. We need to know soon whether the IRS will be involved in this case.

3. An Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
*United States District Judge*

10 April 2017