# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

SHAWN DeVAZIER MANLEY, In Her Capacities
as Executrix of the Estate of Donna A. DeVazier
and as Beneficiary of the Donna A. DeVazier
Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003                                            PLAINTIFF/
                                                                                                             COUNTER DEFENDANT

v.                              No. 2:15-cv-164-DPM

THOMAS BRADLEY DeVAZIER,
Individually, and as Trustee of the Donna A.
DeVazier Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003                                            DEFENDANT/
                                                             COUNTER CLAIMANT

SHAWN DeVAZIER MANLEY, In Her
Capacity as Executrix of the
Estate of Donna A. DeVazier                                            PLAINTIFF/
                                                            COUNTER DEFENDANT

v.                              No. 2:15-cv-165-DPM

THOMAS BRADLEY DeVAZIER, Individually,
as successor Administrator of the Estate of
Thomas B. DeVazier and as Trustee of the
Thomas B. DeVazier Marital Deduction Trust
Established December 29, 2003                               DEFENDANT/
                                                            COUNTER CLAIMANT

## AMENDED JUDGMENT

Pursuant to the Court of Appeals' opinion and judgment, № 62 & 63, and its mandate, № 64, all claims made by Shawn DeVazier Manley

and all counter claims made by Thomas Bradley DeVazier are dismissed without prejudice for lack of subject matter jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2019